FILED
IN CLERKS OFFICE

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

2019 AUG -9 PM 1: 27

U.S. DISTRICT COURT
DISTRICT OF MASS.

Ms. Shawn A. Bell
Pro Se (sole petitioner

V.

United States Government
Judges O'Toole, Burroughs
Young, Clerk of Court, USPS et al

CASE NO. _____

Related Cases
3:18-CV-30157
1:16-CV-11669
1:16-CV-11743

NOTICE OF FILING WITH CLERK'S OFFICE

Notice is hereby given that the documents, exhibits or attachments listed below have been manually filed with the Court and are available in paper form only: 19 pages total

1. Complaint 5 pg
2. Civil Cover Letter
3. Category Sheet
4. Forma Pauperis Affidavit
5. U.S. District Court of MA
* U.S. DOJ
6. 2018 Emergency Hearing Request filed in Boston MA w/ Judge Young
7. Social Media pics of US District of MA emailed complaint, pic of Judge O'Toole etc
8. Email of sexual assault to MCAD intake worker 2 pg emailed complaint 2 pg
9. Venue U.S. as Defendant
Envelopes with & without USPS Date Stamp ** Videotaped complaint

The original documents are maintained in the case file in the Clerk's Office.

Aug. 08, 2019
Date

Ms. Shawn A. BELL
~~Attorney for~~ Pro Se sole petitioner
Homeless- c/o Joe BELL
15 Swift Court
Springfield, MA 01119
(413) 505-6906

(Notice of Filing.wpd - 7/03)

Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the

District of Massachusetts

|  |  |
|---|---|
| Ms. Shawn A. Bell (Sole Petitioner) <br> Plaintiff(s) <br> *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* <br> -v- <br> United States Government- U.S. District Court of MA Judges O'Toole, Burroughs, Young, U.S. District Clerk of Courts et al USPS (postal service) <br> Defendant(s) <br> *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | Case No. _____ <br> *(to be filled in by the Clerk's Office)* <br><br> Jury Trial: *(check one)* ☒ Yes ☐ No |

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Ms. Shawn A. Bell (Sole Petitioner) |
| Street Address | HOMELESS c/o Joe Bell 15 Swift Court |
| City and County | Springfield; Hampden |
| State and Zip Code | Massachusetts 01119 |
| Telephone Number | (413) 505- 6906 |
| E-mail Address | ASKMEBELL@YAHOO.COM |

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | United States Government |
| Job or Title (if known) | Judge-George A. O'Toole; et al |
| Street Address | 1 Courthouse Way |
| City and County | Boston; Suffolk County |
| State and Zip Code | Massachusetts 02110 |
| Telephone Number | (617) 748-9152 |
| E-mail Address (if known) | |

Defendant No. 2

| | |
|---|---|
| Name | United States Government |
| Job or Title (if known) | Judge-Allison D. Burroughs; et al |
| Street Address | 1 Courthouse Way |
| City and County | Boston; Suffolk County |
| State and Zip Code | Massachusetts 02110 |
| Telephone Number | (617) 748- 9152 |
| E-mail Address (if known) | |

Defendant No. 3

| | |
|---|---|
| Name | United States Government |
| Job or Title (if known) | Judge- William G. Young; et al |
| Street Address | 1 Courthouse Way |
| City and County | Boston; Suffolk County |
| State and Zip Code | Massachusetts 02110 |
| Telephone Number | (617) 748- 9152 |
| E-mail Address (if known) | |

Defendant No. 4

| | |
|---|---|
| Name | United States Government |
| Job or Title (if known) | U.S. Clerk Of Courts, et al |
| Street Address | 1 Courthouse Way |
| City and County | Boston; Suffolk County |
| State and Zip Code | Massachusetts 02110 |
| Telephone Number | (617) 748- 9152 |
| E-mail Address (if known) | |

Defendant No. 5 - United States Postal Service of Massachusetts

Case 3:19-cv-30111-MGM   Document 1   Filed 08/09/19   Page 4 of 6

Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✓] Federal question          [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case. **9 USC 12; 27 CFR 70.305**
**28 USC 1346 (a) (2) {U.S. Gov as defendant, Venue MUST be filed in jurisdiction where the Plaintiff resides}; 28 USC 1404 Change of Venue by ANY party (Judges don't count as a party); Code of Conduct U.S. Judges violation Canon 3 (a); 3C 1(a) DENIED DUE PROCESS 5CFR 732.301; 42 USC 1983; 28 USC 2255 Vacate ALL Judges order to transfer and dismiss, Re-open cases 1:16-CV-11743, 1:16-CV-11669; APPOINTMENT OF COUNSEL NECESSARY (in light of repeated Judicial Misconduct )**
**mail received not legal without USPS date stamp**

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual

    The plaintiff, *(name)* ------------------N/A------------------ , is a citizen of the State of *(name)* ------------------N/A------------------ .

    b. If the plaintiff is a corporation

    The plaintiff, *(name)* ------------------N/A------------------ , is incorporated under the laws of the State of *(name)* ------------------N/A------------------ ,
    and has its principal place of business in the State of *(name)*
    ------------------N/A------------------ .

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual

    The defendant, *(name)* ------------------N/A------------------ , is a citizen of the State of *(name)* ------------------N/A------------------ . Or is a citizen of *(foreign nation)* ------------------N/A------------------ .

   b.  If the defendant is a corporation

     The defendant, *(name)* -------N/A-------, is incorporated under the laws of the State of *(name)* -------N/A-------, and has its principal place of business in the State of *(name)* -------N/A-------.

     Or is incorporated under the laws of *(foreign nation)* -------N/A-------, and has its principal place of business in *(name)* -------N/A-------.

   *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

 3. **The Amount in Controversy**

   The amount in controversy-the amount the plaintiff claims the defendant owes or the amount at stake-is more than $75,000, not counting interest and costs of court, because *(explain)*:
★ $11.5 Million Dollars-Physical Therapy; Sexual Assault This Court has caused Unnecessary delay, hardship, negligence, pain/suffering; illegal transfer, Exhausting Statute of Limitation;

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

★ This Court has caused Unnecessary delay, hardship, negligence, pain/suffering; illegal transfer, Exhausting Statute of Limitation; Physical/Occupational Therapy (Partial Paralysis) requirements per Johns Hopkins not done to-date (filed w/Judge W. Youngs; Harassment/ Endangerment by State Police (forced to walk Boston's Interstate 90E Tunnels twice because I was HOMELESS in Logan Int'l Airport); Missed Grandmother's Funeral no money awaiting Court date; Sexual Assault Suffered while Homeless on the Streets of Boston Awaiting Court Date; Concussion Suffered Awaiting Court Date by Moakley's Federal Court; Not being able to say goodbye to my Grandmother before she pass or attend her funeral ( on State House Steps at White Supremecy Rally burial day)

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages. Seek monetary damages $11.5M = $11,509,000.⁰⁰/100

★ RE-OPEN AND EXPEDITE SAID CASES IMMEDIATELY CONCERNING THE STATE OF MARYLAND; VACATE ALL JUDGES ORDERS TO TRANSFER AND/OR DISMISS SAID CASES; APPOINT COUNSEL AS THIS COURT HAS PROVEN TO TAKE ADVANTAGE OF MY TRAUMATIC BRAIN INJURY DEFICITS, BE PREJUDICE AND BIAS, PAY MONEY'S PUNITIVE DAMAGES AND OTHER FEES AS JURY SEES FIT

USPS - Process All mail received complete with the
USPS DATE STAMP. otherwise no mail is legal. Retrieve
All case from U.S. District Court of Maryland
page 5 of 5

> Retrieve **All** cases from U.S. District Court of Maryland filed by me, Plaintiff, Ms. Shawn A. Bell and those illegally transferred by Massachusetts U.S. District Court Judges O'Toole and/or Burroughs. Immediate Hotel Accommodations & Stipend as I do not network shelter & have NOT showered including before today's filing (*) USPS to STOP returning mail of Paid Boston, MA P.O. Box 51891 & Reopen it.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: August 8, 2019

Signature of Plaintiff: Ms. S.A.B — sole petitioner
Printed Name of Plaintiff: Pro Se: Ms. SHAWN A. BELL

### B. For Attorneys

Date of signing: N/A

Signature of Attorney: Motion To Appoint Counsel Filed
Printed Name of Attorney:
Bar Number:
Name of Law Firm:
Street Address:
State and Zip Code:
Telephone Number:
E-mail Address: