UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
SHAWN A. BELL,                    )
          Plaintiff,              )
                                  )  Civil Action
GEORGE A. O'TOOLE, JR., et al.,   )  No. 3:19-cv-30111-MGM
          Defendants.             )
```

ORDER OF DISMISSAL

December 30, 2019

MASTROIANNI, D.J.

Pursuant to the court's order of this date dismissing the plaintiff's case, it is hereby ordered that this case be closed.

It is so ordered.

/s/ Mark G. Mastroianni
U.S. District Court Judge